AO 245H (Rev. 12/03 - VAW Additions 1/06) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 22 2008

JOHN F. CORCORAN, CLERK
BY: Saylor
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Virginia

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | **(For a Petty Offense)** - Short Form |
| DANIEL PARKER | CASE NUMBER: DVAW708PO000479-001 |
| | CASE NUMBER: |
| | USM NUMBER: |
| | Waived |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ THE DEFENDANT pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.14(b) | Open Container of Alcohol | 07/25/08 | 1 |

☐ Count(s) _____

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** | $ 10.00 | $ 100.00 | $ 25.00 |

It is further ordered that the defendant has 6 months to pay.

Defendant's Soc. Sec. No.: 1666

Defendant's Date of Birth: 1961

Defendant's Residence Address:
Dublin, VA 24084

October 16, 2008
Date of Imposition of Judgment

*[signature]*
Signature of Judge

Michael F. Urbanski, United States Magistrate Judge
Name and Title of Judge

10-22-08
Date

Defendant's Mailing Address:
Dublin, VA 24084